FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 21 PM 4:28

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL MYERS,  )
  )
    Plaintiff,  )
  )
v.  )   CASE NO. CV417-208
  )
SHERIFF JOHN WILCHER, B.  )
KIRKLAND, and CHATHAM COUNTY  )
JUDICIAL SYSTEM,  )
  )
    Defendants.  )
  )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DISMISSED AS MOOT**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **21ST** day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] To the extent that Plaintiff attempted to file a second Motion to Proceed In Forma Pauperis (Doc. 4), that motion is also **DISMISSED AS MOOT**.