# United States District Court
## Southern District of Georgia

Michael Myers,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-208

Sheriff John Wilcher, B. Kirkland, and Chatham County Judicial System,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/21/18, adopting the Magistrate Judge's Report and Recommendation, judgment is entered dismissing the case without prejudice.



| | |
|---|---|
| 3/22/18 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |